IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY<br><br>*Plaintiff*,<br><br>v.<br><br>HAYMOND RENTAL CORPORATION d/b/a ASSEMBLY; GLOBAL MULTI-FAMILY INVESTMENT ENTERPRISES, LLC; GARY HAYMOND; and AMY HAYMOND,<br><br>*Defendants*. | §§§§§§§§§§§§§§§§§§<br><br>Civil Action No. H-19-2178 |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The Hanover Insurance Company ("Hanover"), by and through undersigned counsel, files this Certificate of Interested Parties as follows:

1. **The Hanover Insurance Company** is a wholly-owned subsidiary of The Hanover Insurance Group, Inc. The Hanover Insurance Group, Inc. is the holding company for several property and casualty insurance companies and is a publicly traded company.

2. The following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

(a)  AIX Specialty Insurance Company

(b)  Allmerica Financial Alliance Insurance Company

(c) Allmerica Financial Benefit Insurance Company

(d) Campmed Casualty & Indemnity Company, Inc.

(e) Citizens Insurance Company of America

(f) Citizens Insurance Company of the Midwest

(g) Citizens Insurance Company of Illinois

(h) Citizens Insurance Company of Ohio

(i) The Hanover Casualty Company

(j) The Hanover American Insurance Company

(k) The Hanover New Jersey Insurance Company

(l) Massachusetts Bay Insurance Company

(m) Nova Casualty Company

(n) Verlan Fire Insurance Company

(o) Opus Investment Management, Inc.

DATED:    July 10, 2019.

Respectfully submitted,

**WEINSTEIN RADCLIFF PIPKIN LLP**

*/s/ Gregory M. Weinstein*
Gregory M. Weinstein
State Bar No. 21096430
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
214-865-6126 Telephone
214-865-6140 Facsimile
gweinstein@weinrad.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on July 10, 2019, a copy of this *Certificate of Interested Parties* was electronically filed on the CM/ECF system and will be personally served on the Defendants accordingly.

/s/ *Gregory M. Weinstein*
Gregory M. Weinstein
